**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HARISH ANANTHAPADMANABHAN, | ) | |
| and SHRUTI HARISH, | ) | |
| Plaintiff, | ) | 1: 15-cv-05412 |
| | ) | |
| vs. | ) | Judge Harry D. Leinenweber |
| | ) | |
| BSI FINANCIAL SERVICES, INC. | ) | Magistrate Judge Mary M. Rowland |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant BSI FINANCIAL SERVICES, INC., by counsel, Roderic Fleming, respectfully request that the Court extend the time they have to respond to Plaintiff's complaint, to and including August 24, 2015. In support of this motion, Defendant states as follows:

1. On June 18, 2015, Plaintiff filed a four-count complaint against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), the discharge injunction in a bankruptcy case, and the Telephone Consumer Protection Act 47 U.S.C. §227(a)(1).

2. Defendants were served with a summons and complaint on June 29, 2015, and their responsive was originally due to be filed twenty-one (21) days thereafter, on July 20, 2015.

3. Defendant's counsel was retained on or about June 30, 2015.

4. On July 28, 2015, this Court entered an Order granting Defendant's Motion for extension of time to answer, extending the time they have to respond to Plaintiff's complaint to August 10, 2015.

5. On July 11, 2015, Defendant's counsel, Roderic Fleming, suffered a sports related injury which required surgery on July 22, 2015. Defendant's counsel did not fully resume work-related activities until August 5, 2015. (*See* Letter from Mitchell Bernstein, MD, Exhibit A).

6. Additionally, the allegations in Plaintiff's Complaint contain written and oral communications between the parties upon which the majority of Plaintiff's legal claims are based.

7. Defendant has been occupied investigating the relevant circumstances and validity of said allegations, including producing and reviewing telephone records from the relevant time periods.

8. Defendant is currently occupied incorporating the products of said investigation into a responsive pleading.

9. This process, which requires substantial attorney-client communications, has been hampered by the Defendant's counsel's absences from work related activities.

10. Accordingly, Defendant requires additional time to conclude its investigation into and respond to the allegations and legal claims contained in the Complaint, to and including August 24, 2015.

11. This time is not meant for the purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to complete the appropriate response to the Complaint.

WHEREFORE, Defendant, BSI FINANCIAL SERVICES, INC. respectfully requests that this Court grant it an enlargement of time up to and including August 24, 2015, to file a responsive pleading to Plaintiff's Complaint, and for all other relief this Court deems just and proper.

Respectfully submitted,

BSI FINANCIAL SERVICES, INC.

By: /s/ *Roderic Fleming*
Attorney for Defendant

MARINOSCI LAW GROUP, P.C.
134 N. LaSalle St., Ste. 1900
Chicago, IL 60602
312-940-8583; (f) 312-988-0454
roderic@efalaw.com