IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HARISH ANANTHAPADMANABHAN, ) | | |
| and SHRUTI HARISH, ) | | |
| Plaintiff, ) | 1: 15-cv-05412 | |
| ) | | |
| vs. ) | Judge Harry D. Leinenweber | |
| ) | | |
| BSI FINANCIAL SERVICES, INC. ) | Magistrate Judge Mary M. Rowland | |
| Defendant. ) | | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant BSI FINANCIAL SERVICES, INC., by counsel, Roderic Fleming, respectfully request that the Court extend the time they have to respond to Plaintiff's First Amended Complaint, to and including February 12, 2016. In support of this motion, Defendant states as follows:

1. On June 18, 2015, Plaintiff filed a four-count complaint against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), the discharge injunction in a bankruptcy case, and the Telephone Consumer Protection Act 47 U.S.C. §227(a)(1).

2. Defendants were served with a summons and complaint on June 29, 2015, and its responsive was originally due to be filed twenty-one (21) days thereafter, on July 20, 2015.

3. On August 18, 2015, this Court entered an Order granting Defendant's Motion for extension of time to answer, extending the time it has to response to Plaintiffs complaint to August 24, 2015.

4. On August 24, 2015, Defendant filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6).

5. On December 15, 2015 this Court issued a Memorandum Opinion and Order granting the Motion in party and denying the Motion in part.

6. On December 29, 2015 Plaintiffs filed their First Amended Complaint.

7. The allegations in Plaintiff's Complaint contain written and oral communications between the parties upon which the majority of Plaintiff's legal claims are based.

8. Subsequent to the filing of the First Amended Complaint, Defendant has been occupied investigating the relevant circumstances and validity of said allegations, including producing and reviewing telephone records from the relevant time periods.

9. Defendant is in the final stages of review of their responsive pleading and requires a brief period of time to complete their review.

10. Accordingly, Defendant requires additional time to respond to the allegations and legal claims contained in the Complaint, to and including February 12, 2016.

11. This time is not meant for the purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to complete the appropriate response to the Complaint.

WHEREFORE, Defendant, BSI FINANCIAL SERVICES, INC. respectfully requests that this Court grant it an enlargement of time up to and including February 12, 2016, to file a responsive pleading to Plaintiff's Complaint, and for all other relief this Court deems just and proper.

Respectfully submitted,
BSI FINANCIAL SERVICES, INC.

By:   /s/ *Roderic Fleming*
      Attorney for Defendant

MARINOSCI LAW GROUP, P.C.
134 N. LaSalle St., Ste. 1900
Chicago, IL 60602
312-940-8583; (f) 312-988-0454
rfleming@mlg-defaultlaw.com